UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; <br><br> CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, <br><br> CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, <br><br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:13-cv-00217 |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiffs file this Certificate of Interested Parties, and would show the Court the following:

The only person, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities financially interested in the outcome of this litigation are:

1. Plaintiffs:

    a. Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams;
    Wanda Adams, individually;

    b. Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James;
    Kristy James;
    Krystal James;
    Kendrick James;
    Arlett James;
    Jonathan James;
    Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James; and
    Mary Lou James, individually;

    c. Cade Hudson, individually and as the representative of the Estate of Douglas Hudson

2. Plaintiffs' counsel:

    Jeff Edwards
    Edwards Law
    1101 East 11th Street
    Austin, Texas 78702

    Scott Medlock
    Texas Civil Rights Project
    1405 Montopolis Drive
    Austin, Texas 78741

3. Defendants:

    a. Brad Livingston
    861-B, IH-45 North, Huntsville, Texas 77320

    b. Rick Thaler
    861-B, IH-45 North, Huntsville, TX 77320

    c. William Stephens
    861-B, IH-45 North, Huntsville, TX 77320

d. Robert Eason
861-B, IH-45 North, Huntsville, TX 77320

e. Dennis Miller
861-B, IH-45 North, Huntsville, TX 77320

f. Texas Department of Criminal Justice
861-B, IH-45 North, Huntsville, TX 77320

g. University of Texas Medical Branch
301 University Blvd., Suite 6.100, Administration Building, Galveston, TX 77555

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.   512-623-7727
Fax.   512-623-7729
By: /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel


TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
Tel.   512-474-5073
Fax.   512-474-0726

**ATTORNEYS FOR PLAINTIFFS**