UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § § | |
| PLAINTIFFS | § § | CIVIL ACTION NO. 3:13-cv-217 JURY DEMANDED |
| v. BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH | § § § § § § § § § § § § § § § § § | |
| DEFENDANTS | | |

## NOTICE OF VACATION

Scott Medlock, undersigned counsel for Plaintiff, respectfully advises the Court that he will be on vacation the following dates: 1) from and including August 17, 2013 through and including August 27, 2013, and 2) from and including December 19, 2013 through and including January 2, 2014.

Counsel therefore respectfully requests that no hearings requiring his presence be scheduled during that time period and that no responsive pleadings be due to be filed with the court on these dates.

Dated August 6, 2013.

Respectfully submitted,

/s/ Scott Medlock
Texas Bar No. 24044783
S. Dist. No. 608457

TEXAS CIVIL RIGHTS
PROJECT
1405 Montopolis Drive
Austin, Texas 78741-3438
   (512) 474-5073 (phone)
   (512) 474-0726 (fax)

ATTORNEY FOR
PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record who have appeared in this matter through the Electronic Case Files System of the Southern District of Texas.

/s/ Scott Medlock
Scott Medlock