IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **Ashley Adams., et al** | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-217 |
| | § | |
| **Brad Livingston, et al** | § | |
| *Defendants*. | § | |

### ORDER

On this day came before the Court for consideration Defendants Brad Livingston, Rick Thaler, William Stephens, Robert Eason, Dennis Miller and Texas Department of Criminal Justice Motion to Transfer Venue and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby **ORDERED, ADJUDGED, and DECREED** that said motion is hereby **GRANTED. IT IS, THEREFORE, ORDERED** that the motion to transfer venue be sustained and that this cause be transferred to the Tyler Division, Eastern District.

**IT IS FURTHER ORDERED** that the clerk of this Court shall compile a transcript of all orders made in this cause certifying the transcript officially under the seal of this Court, and send it with the original papers in this cause to the clerk of the Eastern District, Tyler Division. All costs incurred in this cause are hereby taxed against the plaintiff.

Signed on this _____ day of _____, 2013.

_____
**JUDGE PRESIDING**