IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **Ashley Adams., et al** § | | |
| *Plaintiffs*, § | | |
| § | | |
| § | | |
| v. § | Civil Action No. 3:13-cv-217 | |
| § | | |
| § | | |
| **Brad Livingston, et al** § | | |
| *Defendants*. § | Jury Demanded | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Defendants Robert Eason, Dennis Miller and Texas Department of Criminal Justice ("Defendants") in the above entitled and numbered cause, designates Assistant Attorney General **Rachael Airen** as co-counsel in this matter. Assistant Attorney General Bruce R. Garcia remains the attorney-in-charge for these Defendants. Undersigned co-counsel is familiar with the file and request that both attorney-in-charge and co-counsel receive all documentation pertaining to this case.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

        **BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060

*/s/ Rachael Airen*
**RACHAEL AIREN**
Assistant Attorney General
Co-Counsel
State Bar No. 24068148
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS
TDCJ, MILLER AND EASON**

## NOTICE OF ELECTRONIC FILING

I, **RACHAEL AIREN**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Notice of Appearance as Co-Counsel** In accordance with the Electronic Case Files System of the Southern District of Texas, on this the 8th day of August, 2013.

*/s/ Rachael Airen*
**RACHAEL AIREN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **RACHAEL AIREN**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Appearance as Co-Counsel** has been served electronically via *Southern District of TEXAS LIVE - Document Filing System*, to Plaintiffs' Lead Attorney, Jeff Edwards at **jeff@edwards-law.com** and Defendant UTMB's Lead Attorney, Kim Coogan at **kim.coogan@texasattorneygeneral.gov** on the 8th day of August, 2013.

*/s/ Rachael Airen*
**RACHAEL AIREN**
Assistant Attorney General