## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually;** | § § § § § | |
| **CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRIK JAMES, ARLETT JAMES, JONATHAN JAMES, and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually,** | § § § § § § § § § | |
| **CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON,** | § § § | |
| **PLAINTIFFS** | § § | |
| **v.** | § § | **Civil Action No. 3:13-cv-217** |
| **BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH,** | § § § § § § § § | |
| **DEFENDANTS** | § | |

## NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL
## FOR DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH

Shanna Molinare files this notice of attorney appearance as co-counsel for Defendant University of Texas Medical Branch (UTMB) in connection with the above-referenced case. Kim Coogan remains the attorney-in-charge for the representation of Defendant UTMB.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Law Enforcement Defense Division Chief

KIM J. COOGAN
Assistant Attorney General
Attorney-in-Charge

/s/ SHANNA ELIZABETH MOLINARE
**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
State Bar No.  24041506
Southern District No. 38632

P.O. Box 12548
Austin, Texas  78711-2548
(512) 463-2080
(512) 495-9139- facsimile

## NOTICE OF ELECTRONIC FILING

I, SHANNA MOLINARE, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Southern District of Texas, on August 15, 2013.


/s/ SHANNA MOLINARE
**SHANNA MOLINARE**
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, SHANNA MOLINARE, Assistant Attorney General of Texas, do hereby certify that a courtesy copy of the above and foregoing **Notice of Attorney Appearance as Co-Counsel for Defendant University of Texas Medical Branch** has been served upon all counsel of record by electronic filing notification on August 15, 2013.  In addition, a courtesy copy of this notice was sent to:

Jeff Edwards
The Edwards Law Firm
1101 East 11th St.
Austin, TX 78702
*Attorney for Plaintiffs*

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741
*Attorney for Plaintiffs*

Bruce Garcia                                           *via Intra-Departmental Mail*
Rachael Airen
Office of the Attorney General
*Attorneys for Defendants TDCJ,*
*Eason, and Miller*

Demetri Anastasiadis                                   *via Intra-Departmental Mail*
Office of the Attorney General
*Attorney for Livingston, Thaler,*
*and Stephens*


/s/ SHANNA MOLINARE
**SHANNA MOLINARE**
Assistant Attorney General