IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS., *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-217 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | JURY |

### NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE
### AS TO DEFENDANTS BRAD LIVINGSTON, WILLIAM STEPHENS,
### AND RICK THALER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Brad Livingston, William Stephens and Rick Thaler, file this Notice of Designation of Attorney-In-Charge in connection with the above-referenced case and in support thereof would respectfully show the Court the following:

The above-referenced cause of action has been reassigned within the Office of the Attorney General. Demetri Anastasiadis, Assistant Attorney General has been assigned to assume primary responsibility for Defendants, Brad Livingston, William Stephens, and Rick Thaler, in place of Bruce R. Garcia. The new Attorney-in-Charge is familiar with the file and will comply with all scheduling orders. The undersigned hereby puts all parties and the Court on notice of the change as to the Attorney-in-Charge on this case as to Defendants Brad Livingston, William Stephens and Rick Thaler, and requests that all future documents in this matter be forwarded to the following address:

Demetri Anastasiadis
Assistant Attorney General
Office of the Attorney General of Texas
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 495-9139 (fax)
demetri.anastasiadis@texasattorneygeneral.gov

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Civil Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General
Attorney-In-Charge
State Bar No. 01164480
Southern District Fed. I.D. No. 9851

Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, TX  78711
(512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT
BRAD  LIVINGSTON,  WILLIAM  STEPHENS
AND RICK THALER**

## NOTICE OF ELECTRONIC FILING

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Notice of Designation of Attorney-In-Charge as to Defendants Brad Livingston, William Stephens, and Rick Thaler** in accordance with the Electronic Case Files system of the Southern District of Texas, on this the 3rd day September, 2013.

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Designation of Attorney-In-Charge as to Defendants Brad Livingston, William Stephens, and Rick Thaler,** has been served electronically via the Electronic Case Files system of the Southern District of Texas, on this the 3rd day of August, 2013, addressed to:

Jeff Edwards
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas  78702
jeff@edwards-law.com
*Attorney for Plaintiffs*

Scott Medlock
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas  78741
scott@texascivilrightsproject.org
*Attorney for Plaintiffs*

Bruce R Garcia
Rachael Airen
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
bruce.garcia@texasattorneygeneral.gov
rachael.airen@texasattorneygeneral.gov
*Attorneys for Defendants Texas Department of*
*Criminal Justice, Robert Eason, Dennis Miller*

Kim Coogan
Shanna Molinare
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
kim.coogan@texasattorneygeneral.gov
shana.molinare@texasattorneygeneral.gov
*Attorneys for Defendant*
*University of Texas Medical Branch*

        /s/ Demetri Anastasiadis
        DEMETRI ANASTASIADIS
        Assistant Attorney General