IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-217 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     *Defendants*. | § | |

**DEFENDANTS' PROPOSED SCHEDULING/DOCKET CONTROL ORDER**

**Anticipated Length of Trial: 4 Days**   Jury:  **X**   Non-Jury: ___

The disposition of this case will be controlled by the following schedule and deadlines:

1. NEW PARTIES shall be joined by:                                                August 3, 2014
   The Attorney causing the addition of new parties will provide
   copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be identified    September 1, 2014
   by a report listing the qualifications of each expert, each
   opinion the expert will present, and the basis for it.
   Due date:

3. EXPERT WITNESSES for the DEFENDANT will be identified    October 1, 2014
   by a report listing the qualifications of each expert, each opinion
   the expert will present, and the basis for it.  Due date:

4. DISCOVERY must be completed by:                                        December 1, 2014
   Written discovery requests are not timely if they are filed so
   close to this deadline that the recipient would not be required
   under the Federal Rules of Civil Procedure to respond until
   after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                    March 2, 2015
   (Except motions in limine) will be filed by:

   MEDIATION to be completed by:                                          April 15, 2015

6. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE          May 1, 2015
   will be filed by:

7. TRIAL at 9:00 a.m.                                                                     June 8, 2015

_____          _____
Date:                                                                GREGG COSTA
                                                                         UNITED STATES DISTRICT JUDGE