CLOSED,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Galveston)
# CIVIL DOCKET FOR CASE #: 3:13−cv−00217

Adams et al v. Livingston et al **DO NOT DOCKET. Case has been electronically transferred.**
Assigned to: Judge Gregg Costa
Cause: 42:1983 Civil Rights Act

Date Filed: 06/13/2013
Date Terminated: 09/23/2013
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Ashley Adams**
*Individually and as the representative of the Estate of Rodney Gerald Adams*

represented by **Jeffrey S Edwards**
The Edwards Law Firm
1101 East 11th St
Austin, TX 78702
512−623−7727
Fax: 512−623−7729
Email: jeff@edwards−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Charles Medlock**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512−474−5073
Fax: 512−474−0726
Email: scott@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Wanda Adams**
*Individually*

represented by **Jeffrey S Edwards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Charles Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Mary Lou James**
*Individually*

represented by **Jeffrey S Edwards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Charles Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlette Hunter James**  represented by **Jeffrey S Edwards**
*Individually and as the representative of the*   (See above for address)
*Estate of Kenneth Wayne James*   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystal James**  represented by **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*   (See above for address)
*of Kenneth Wayne James*   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy James**  represented by **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*   (See above for address)
*of Kenneth Wayne James*   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kendrick James**  represented by **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*   (See above for address)
*of Kenneth Wayne James*   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlette James**  represented by **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*   (See above for address)
*of Kenneth Wayne James*   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan James**    represented by    **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*    (See above for address)
*of Kenneth Wayne James*    *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Evans**    represented by    **Jeffrey S Edwards**
*Individually and as heir−in−law to the Estate*    (See above for address)
*of Kenneth Wayne James*    *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cade Hudson**    represented by    **Jeffrey S Edwards**
*Individually and as the representative of the*    (See above for address)
*Estate of Douglas Hudson*    *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Rodney Gerald Adams**    represented by    **Jeffrey S Edwards**
   (See above for address)
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Kenneth Wayne James**    represented by    **Jeffrey S Edwards**
   (See above for address)
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Scott Charles Medlock**
   (See above for address)
   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Douglas Hudson**    represented by    **Jeffrey S Edwards**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Charles Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brad Livingston**
*Individually and in his official capacity*

represented by **Demetri Anastasiadis**
Office of Texas Attorney General
P O Box 12548
Austin, TX 78711–2548
512–463–2080
Fax: 512–495–9139
Email: demetri.anastasiadis@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711–2548
512–463–2080
Fax: 512–495–9139
Email: bruce.garcia@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rick Thaler**

represented by **Demetri Anastasiadis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Eason**

represented by **Bruce R Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
Texas Attorney General
PO Box 12548
Austin, TX 78711

    512–475–3079  
    Email: matthew.greer@texasattorneygeneral.gov  
    *ATTORNEY TO BE NOTICED*

    **Rachael Airen**  
    Office Of The Attorney General Of Texas  
    P O Box 12548  
    Austin, TX 78711  
    512–463–2080  
    Email: rachael.airen@texasattorneygeneral.gov  
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis Miller**    represented by   **Bruce R Garcia**  
    (See above for address)  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*

    **Matthew J Greer**  
    (See above for address)  
    *ATTORNEY TO BE NOTICED*

    **Rachael Airen**  
    (See above for address)  
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Texas Department Of Criminal Justice**    represented by   **Bruce R Garcia**  
    (See above for address)  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*

    **Matthew J Greer**  
    (See above for address)  
    *ATTORNEY TO BE NOTICED*

    **Rachael Airen**  
    (See above for address)  
    *ATTORNEY TO BE NOTICED*

**Defendant**

**University Of Texas Medical Branch**    represented by   **Kim J Coogan**  
    Office of the Atty Gen of Texas  
    Law Enforcement Defense Div  
    PO Box 12548  
    Austin, TX 78711–2548  
    512–463–2080  
    Fax: 512–495–9139  
    Email: kim.coogan@texasattorneygeneral.gov  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*

    **Lacey E Mase**

|  |  |  |
|---|---|---|
|  |  | Office of the Attorney General<br>300 West 15th St<br>7th Floor<br>Austin, TX 78711<br>512−463−2080<br>Email: lacey.mase@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Shanna Elizabeth Molinare**<br>Office of Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711<br>512−463−2080<br>Email: shanna.molinare@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **William Stephens** | represented by | **Demetri Anastasiadis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce R Garcia**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Joe Oliver** | represented by | **Shanna Elizabeth Molinare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Nancy Betts** | represented by | **Shanna Elizabeth Molinare**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**John Doe**

**Defendant**

**L. Fields**

**Defendant**

**Robert Leonard**

**Defendant**

**Brandon Matthews**

**Defendant**

**Debra Gilmore**

**Defendant**

**Sarah Raines**

**Defendant**

**Danny Washington**              represented by   **Shanna Elizabeth Molinare**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Seda**

**Defendant**

**Tully Flowers**

**Defendant**

**Doris Edwards**

**Defendant**

**Linda McKnight**

**Defendant**

**Revoyda Dodd**

**Defendant**

**Reginald Goings**

**Defendant**

**Owen Murray**                   represented by   **Shanna Elizabeth Molinare**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/13/2013 | Ï 1 | COMPLAINT against Robert Eason, Brad Livingston, Dennis Miller, Texas Department Of Criminal Justice, Rick Thaler, University Of Texas Medical Branch (Filing fee $ 400 receipt number 0541−11563896) filed by Kenneth Evans, Kristy James, Wanda Adams, Ashley Adams, Krystal James, Arlette James, Cade Hudson, Kendrick James, Carlette Hunter James, Jonathan James, Kenneth Wayne James. (Attachments: # 1 Civil Cover Sheet)(Medlock, Scott) (Entered: 06/13/2013) |
| 06/13/2013 | Ï 2 | Request for Issuance of Summons as to Robert Eason, Brad Livingston, Dennis Miller, Texas Department Of Criminal Justice, Rick Thaler, University Of Texas Medical Branch, filed.(Medlock, Scott) (Entered: 06/13/2013) |

| | | |
|---|---|---|
| 06/14/2013 | Ï | Summons Issued as to Brad Livingston, Dennis Miller, William Stephens, Texas Department Of Criminal Justice, Rick Thaler, University Of Texas Medical Branch.(dwilkerson, ) (Entered: 06/14/2013) |
| 06/14/2013 | Ï | Document(s) Sent by regular mail to Scott Medlock re: 2 Summons – Request for Issuance, filed. (dwilkerson, ) (Entered: 06/14/2013) |
| 06/17/2013 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/18/2013 at 10:15 AM in Sixth Floor Courtroom before Judge Gregg Costa(Signed by Judge Gregg Costa) Parties notified.(dwilkerson, ) (Entered: 06/17/2013) |
| 06/18/2013 | Ï 4 | CERTIFICATE OF INTERESTED PARTIES by Ashley Adams, Wanda Adams, Estate of Douglas Hudson, Estate of Kenneth Wayne James, Estate of Rodney Gerald Adams, Kenneth Evans, Cade Hudson, Arlette James, Carlette Hunter James, Jonathan James, Kendrick James, Kristy James, Krystal James, Mary Lou James, filed.(Edwards, Jeffrey) (Entered: 06/18/2013) |
| 07/11/2013 | Ï 5 | MOTION to Dismiss *Under FRCP 12(b)(6)* by University Of Texas Medical Branch, filed. Motion Docket Date 8/1/2013. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 07/11/2013) |
| 07/23/2013 | Ï 6 | CERTIFICATE OF INTERESTED PARTIES by University Of Texas Medical Branch, filed.(Coogan, Kim) (Entered: 07/23/2013) |
| 07/23/2013 | Ï 7 | RESPONSE to 5 MOTION to Dismiss *Under FRCP 12(b)(6)* filed by Ashley Adams, Wanda Adams, Estate of Douglas Hudson, Estate of Kenneth Wayne James, Estate of Rodney Gerald Adams, Kenneth Evans, Cade Hudson, Arlette James, Carlette Hunter James, Jonathan James, Kendrick James, Kristy James, Krystal James, Mary Lou James. (Attachments: # 1 Proposed Order)(Medlock, Scott) (Entered: 07/23/2013) |
| 07/24/2013 | Ï 8 | AMENDED Complaint with Jury Demand against All Defendants filed by Kenneth Evans, Kristy James, Wanda Adams, Ashley Adams, Krystal James, Estate of Rodney Gerald Adams, Mary Lou James, Arlette James, Cade Hudson, Estate of Douglas Hudson, Kendrick James, Carlette Hunter James, Estate of Kenneth Wayne James, Jonathan James.(Medlock, Scott) (Entered: 07/24/2013) |
| 07/30/2013 | Ï 9 | Request for Issuance of Summons as to Nancy Betts, Revoyda Dodd, Doris Edwards, L. Fields, Tully Flowers, Debra Gilmore, Reginald Goings, Robert Leonard, Brandon Matthews, Linda McKnight, Owen Murray, Joe Oliver, Sarah Raines, Matthew Seda, Danny Washington, filed.(Medlock, Scott) (Entered: 07/30/2013) |
| 08/02/2013 | Ï | Summons Issued as to All Defendants, filed.(dwilkerson, ) (Entered: 08/02/2013) |
| 08/02/2013 | Ï | Document(s) Sent Summons sent by regular mail to Scott Medlock re: 9 Summons – Request for Issuance,, filed. (dwilkerson, ) (Entered: 08/02/2013) |
| 08/06/2013 | ï 10 | NOTICE *of Vacation* by Ashley Adams, Wanda Adams, Estate of Douglas Hudson, Estate of Kenneth Wayne James, Estate of Rodney Gerald Adams, Kenneth Evans, Cade Hudson, Arlette James, Carlette Hunter James, Jonathan James, Kendrick James, Kristy James, Krystal James, Mary Lou James, filed. (Medlock, Scott) (Entered: 08/06/2013) |
| 08/08/2013 | ï 11 | ANSWER to 8 Amended Complaint/Counterclaim/Crossclaim etc., with Jury Demand by Robert Eason, Dennis Miller, Texas Department Of Criminal Justice, filed.(Garcia, Bruce) (Entered: 08/08/2013) |
| 08/08/2013 | ï 12 | MOTION to Transfer Case to Eastern District of Texas by Robert Eason, Brad Livingston, Dennis Miller, William Stephens, Texas Department Of Criminal Justice, Rick Thaler, filed. Motion Docket Date 8/29/2013. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Garcia, Bruce) (Entered: 08/08/2013) |

| | | |
|---|---|---|
| 08/08/2013 | 13 | NOTICE of Appearance by Rachael Airen on behalf of Robert Eason, Dennis Miller, Texas Department Of Criminal Justice, filed. (Airen, Rachael) (Entered: 08/08/2013) |
| 08/12/2013 | 14 | REPLY to Response to 5 MOTION to Dismiss *Under FRCP 12(b)(6)*, filed by University Of Texas Medical Branch. (Coogan, Kim) (Entered: 08/12/2013) |
| 08/15/2013 | 15 | NOTICE *of Appearance as Co−Counsel* by University Of Texas Medical Branch, filed. (Molinare, Shanna) (Entered: 08/15/2013) |
| 09/03/2013 | 16 | NOTICE of Appearance by Demetri Anastasiadis on behalf of Brad Livingston, William Stephens, Rick Thaler, filed. (Anastasiadis, Demetri) (Entered: 09/03/2013) |
| 09/03/2013 | 17 | ANSWER to 8 Amended Complaint/Counterclaim/Crossclaim etc., with Jury Demand by Brad Livingston, William Stephens, Rick Thaler, filed.(Anastasiadis, Demetri) (Entered: 09/03/2013) |
| 09/05/2013 | 18 | NOTICE of Appearance by Lacey E. Mase on behalf of University Of Texas Medical Branch, filed. (Mase, Lacey) (Entered: 09/05/2013) |
| 09/12/2013 | 19 | RESPONSE to 12 MOTION to Transfer Case to Eastern District of Texas filed by Ashley Adams, Wanda Adams, Estate of Douglas Hudson, Estate of Kenneth Wayne James, Estate of Rodney Gerald Adams, Kenneth Evans, Cade Hudson, Arlette James, Carlette Hunter James, Jonathan James, Kendrick James, Kristy James, Krystal James, Mary Lou James. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, Part 1, # 4 Exhibit C, Part 2)(Medlock, Scott) (Entered: 09/12/2013) |
| 09/16/2013 | 20 | Agreed JOINT DISCOVERY/CASE MANAGEMENT PLAN by Robert Eason, Brad Livingston, Dennis Miller, William Stephens, Texas Department Of Criminal Justice, Rick Thaler, University Of Texas Medical Branch, filed. (Attachments: # 1 Def's Prop. Scheduling ORder, # 2 Pf's proposed JMP)(Anastasiadis, Demetri) (Entered: 09/16/2013) |
| 09/17/2013 | 21 | CERTIFICATE OF INTERESTED PARTIES by Robert Eason, Dennis Miller, Texas Department Of Criminal Justice, filed.(Garcia, Bruce) (Entered: 09/17/2013) |
| 09/17/2013 | 22 | CERTIFICATE OF INTERESTED PARTIES by Brad Livingston, William Stephens, Rick Thaler, filed.(Anastasiadis, Demetri) (Entered: 09/17/2013) |
| 09/17/2013 | 23 | Joint REPLY to Response to 12 MOTION to Transfer Case to Eastern District of Texas, filed by Robert Eason, Brad Livingston, Dennis Miller, William Stephens, Texas Department Of Criminal Justice, Rick Thaler. (Garcia, Bruce) (Entered: 09/17/2013) |
| 09/17/2013 | 24 | MOTION to Dismiss by Owen Murray, filed. Motion Docket Date 10/8/2013. (Attachments: # 1 Proposed Order)(Molinare, Shanna) (Entered: 09/17/2013) |
| 09/17/2013 | 25 | MOTION to Dismiss by Nancy Betts, filed. Motion Docket Date 10/8/2013. (Attachments: # 1 Proposed Order)(Molinare, Shanna) (Entered: 09/17/2013) |
| 09/17/2013 | 26 | ANSWER to 8 Amended Complaint/Counterclaim/Crossclaim etc., with Jury Demand by Joe Oliver, Danny Washington, filed.(Molinare, Shanna) (Entered: 09/17/2013) |
| 09/18/2013 | 27 | NOTICE of Appearance by Matthew J. Greer on behalf of Robert Eason, Dennis Miller, Texas Department Of Criminal Justice, filed. (Greer, Matthew) (Entered: 09/18/2013) |
| 09/18/2013 | | Minute Entry for proceedings held before Judge Gregg Costa. SCHEDULING CONFERENCE held on 9/18/2013. The Court heard arguments on pending motions. The Court grants the Motion to Transfer Case to the Eastern District of Texas (Docket Entry No. 12 ), for reasons stated on the record. Order to issue. Appearances: Scott Charles Medlock, Jeffrey S Edwards, Bruce R Garcia, Matthew J Greer, Kim J Coogan.(Court Reporter: H. Hall), filed.(arrivera, 3) (Entered: 09/20/2013) |

| 09/23/2013 | 28 | ORDER TO TRANSFER CASE to Eastern District of Texas, Tyler Division (Signed by Judge Gregg Costa) Parties notified.(arrivera, 3) (Entered: 09/23/2013) |
|---|---|---|
| 09/23/2013 | | Interdistrict transfer to Eastern District of Texas, Tyler Division. Case transferred electronically. Case terminated on 9/23/13, filed. (arrivera, 3) (Entered: 09/23/2013) |