IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ASHLEY ADAMS,** *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-cv-00712-KNM |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | *JURY* |

## ORDER

Before the Court came defendants' Brad Livingston, Rick Thaler and William Stephens Motion to Dismiss on the basis of Qualified Immunity. The Court has reviewed the parties pleadings and briefs and has concluded that the Motion should be granted.

Accordingly, it is ORDERED that the Amended Complaint is DISMISSED as to these defendants on the basis of qualified immunity.