IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Ashley Adams., et al** | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:13-cv-712 |
| | § | |
| | § | |
| **Brad Livingston, et al** | § | |
| *Defendants*. | § | Jury Demanded |

## ADVISORY TO THE COURT

COMES NOW undersigned counsel for Defendants **TDCJ, Eason, Miller, Gilmore, Dodd, Edwards, Matthews, Goings, Raines and Flowers**, by and through the Attorney General of the State of Texas, respectfully advise the Court as follows:

Undersigned counsel will be on vacation from December 2, 2013 through December 4, 2013 and from January 15, 2014 through January 18, 2014. He is requesting that no hearings, depositions, trials, or other appearances be scheduled during these dates.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

  /s/Bruce R. Garcia
**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060

**RACHAEL AIREN**
Assistant Attorney General
State Bar No. 24068148

**MATTHEW J. GREER**
Assistant Attorney General
State Bar No. 24069825
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**
**TDCJ, Eason, Miller, Gilmore, Dodd, Edwards,**
**Matthews, Goings, Raines and Flowers**

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Advisory to the Court** in accordance with the Electronic Case Files System of the Eastern District of Texas, on this the 24th day of October, 2013.

  /s/Bruce R. Garcia
**BRUCE R. GARCIA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Advisory to the Court** has been served electronically via *Southern District of TEXAS LIVE - Document Filing System*, to Plaintiffs' Lead Attorney, Jeff Edwards at jeff@edwards-law.com**,** Plaintiff's Co-Counsel**,** Scott Edwards at scott@edwards-law.com, Brian McGiverin at Brian@texascivilrightsproject.org, Defendant UTMB's Lead Attorney, Kim Coogan at kim.coogan@texasattorneygeneral.gov, and Defendants', Livingston, Thaler and Stephens Lead Attorney Demetri Anastasiadis at demetri.anastasiadis@texasattorneygeneral.gov on the 24th day of October, 2013.

>                    /s/Bruce R. Garcia
>                    **BRUCE R. GARCIA**
>                    Assistant Attorney General