UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; § § § § CARLETTE HUNTER JAMES, individually and as the § representative of the Estate of KENNETH WAYNE § JAMES; KRISTY JAMES, KRYSTAL JAMES, § KENDRICK JAMES, ARLETT JAMES, JONATHAN § JAMES and KENNETH EVANS, individually and as § heirs-at-law to the Estate of Kenneth Wayne James, and § MARY LOU JAMES, individually, § § CADE HUDSON, individually and as the representative § of the Estate of DOUGLAS HUDSON, § PLAINTIFFS § § § § § v. § BRAD LIVINGSTON, individually and in his official § capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, § JOHN DOE, ROBERT LEONARD, BRANDON § MATTHEWS, DEBRA GILMORE, SARAH RAINES, § DANNY WASHINGTON, MATTHEW SEDA, TULLY § FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, § REVOYDA DODD, RICK THALER, WILLIAM § STEPHENS, ROBERT EASON, DENNIS MILLER, § REGINALD GOINGS, and OWEN MURRAY in their § individual capacities, TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS § MEDICAL BRANCH § DEFENDANTS § | CIVIL ACTION NO. 6:13-CV-712 JURY DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE SUR-REPLY TO DEFENDANT LIVINGSTON, THALER, AND STEPHENS' MOTION TO DISMISS**

Plaintiffs ask leave of the court to file this short sur-reply to address arguments raised in Livingston, Thaler, and Stephens' reply brief.

In their reply briefing, Livingston, Thaler, and Stephens advanced a new argument about a citation in Plaintiffs' response. Thus, Plaintiffs respectfully request leave to file a three-page sur-reply, which is attached as Exhibit A.

DATED: November 1, 2013.

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
    Tel.   512-623-7727
    Fax.  512-623-7729

By    /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel
Scott Medlock
State Bar No. 24044783

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Eastern District of Texas.