UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, et al. | § | |
| CARLETTE HUNTER JAMES, et al. | § | |
| CADE HUDSON | § | |
| PLAINTIFFS | § | CIVIL ACTION NO. 6:13-CV-712 |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| BRAD LIVINGSTON, et al. | § | |
| DEFENDANTS | § | |

## ORDER

On this day, this Court considered **Defendant University of Texas Medical Branch's Amended Motion to Dismiss.** The Court, having considered the motion and pleadings of the parties, is of the opinion that it should be granted.  It is hereby **ORDERED** that Defendant University of Texas Medical Branch's Amended Motion to Dismiss is hereby in all things **GRANTED.**