UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § | CIVIL ACTION NO. 6:13-cv-712-KNM |
| PLAINTIFFS | § § | JURY DEMANDED |
| v. | § | |
| BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH | § § § § § § § § § § § § § § | |
| DEFENDANTS | § | |

**PLAINTIFFS' NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiffs file this notice of readiness for a scheduling conference. As of this date, all the Defendants have either answered or filed a motion to dismiss.

The following motions are pending:

1). University of Texas Medical Branch's Motion to Dismiss (Doc. 5);

2). Owen Murray's Motion to Dismiss (Doc. 24);

3). Nancy Betts' Motion to Dismiss (Doc. 25);

4). Brad Livingston, Rick Thaler, and Williams Stephens' Motion to Dismiss (Doc. 31);

5). Brad Livingston, Rick Thaler, and Williams Stephens' Motion to Stay Discovery (Doc. 40, 42);

6). Plaintiffs' Motion to File Sur-Reply to Defendants' Livingston, Thaler, and Stephens' Motion to Dismiss (Doc. 47);

7). Steven Fields' Motion to Dismiss (Doc. 55); and,

8). Linda McKnight's Motion to Dismiss (Doc. 63).

DATED: March 12, 2014.

        Respectfully submitted,

        The Edwards Law Firm
        The Haehnel Building
        1101 East 11th Street
        Austin, Texas 78702
            Tel.    512-623-7727
            Fax.   512-623-7729

        By    /s/ Jeff Edwards
        JEFF EDWARDS
        State Bar No. 24014406
        Lead Counsel
        Scott Medlock
        State Bar No. 24044783

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Eastern District of Texas.