IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 6:13cv712 |
| BRAD LIVINGSTON, ET AL. | § | |

## ORDER

The Plaintiffs' unopposed motions for extensions of time to respond to various Defendants' motions to dismiss (docket no.'s 34, 35, and 36) are hereby GRANTED. The responses for which the extensions were sought have been filed and are considered timely.

**Signed on this Day**

**Apr 30, 2014**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1