

## ATTORNEY GENERAL OF TEXAS
### G R E G   A B B O T T

August 7, 2014

***Via Electronic Mail***

Clerk of Court
211 West Ferguson Street, Room 106
Tyler, Texas 75702

**Re:**    **Court of Appeals No. 14-40756; *Ashley Adams, et al v. Brad Livingston, et al***
**U.S.D.C. No. 6:13-CV-712.**

Dear Clerk:

This letter is to request the Clerk's record on appeal in this cause number listed above.  I am providing the following information to request the record:

Attorney Requesting: Demetri Anastasiadis, Assistant Attorney General
Email: Demetri.Anastasiadis@texasattorneygeneral.gov
Requesting for: Defendants Brad Livingston, William Stephens and Richard Thaler
Contact Number: (512) 463-2153
Contact Name: Deborah Woltersdorf, Legal Assistant
Fed Ex Account No.  (**Will provide -please call**)
Client/PCA No. 133426742
Mailing Address:  300 W 15th Street, 7th Floor Austin Texas 78701

Thank you for your assistance with this matter.  Should you need any additional information, please contact me directly at (512) 463-2153.

Sincerely,

/s/ Deborah M Woltersdorf
Deborah M Woltersdorf
Legal Assistant to:

**DEMETRI ANASTASIADIS**
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 495-9139 Fax

/dmw
**c: File**