UNITED STATES DISTRICT COURT
EASTERN DIVISION OF TEXAS
TYLER, TEXAS.

ADAMS, ET. AL §
V. §  CIVIL ACTION NO.
LIVINGSTON, ET. AL. §  6:13-CV-00712

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 16 2014
DAVID J MALAND, CLERK
DEPUTY

## MOTION TO ADJOIN AS LITIGANT IN CONJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, CHARLES C. TAYLOR, JR., PRO-SE PLAINTIFF (PARTY OF INTEREST), WHO WISHES TO ADJOIN AS LITIGANT IN CONJUNCTION WITH THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION, TO WIT; REFERENCED CAUSE; AND IN FURTHER SUPPORT THEREOF AS FOLLOWS:

### I.
### SIMILARLY SITUATED

PLAINTIFF IS ALSO FACING POSSIBLE "DEATH" BY DEADLY HEAT EXPOSURE IN T.D.C.J. AND HAS CRUCIAL MEDICAL CONDITIONS THAT DO ADDITIONALLY SUBJECT HIM TO VULNERABILITY OF THE SAME...
(PLAINTIFF IS THEREFORE: (SIMILARLY SITUATED)...

RESPECTFULLY SUBMITTED,

*Charles C. Taylor Jr*
CHARLES C. TAYLOR, JR
1500 EAST LANGDON ROAD
DALLAS, TEXAS 75241