CHARLES C. TAYLOR, JR #1347817
HUTCHINS UNIT - 1500 EAST LANGDON RD.
DALLAS, TEXAS. 75241

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
211. W. FERGUSON STREET #106
TYLER TEXAS 75202



CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 16 2014
EASTERN DIST. OF TEXAS

SEPTEMBER 14, 2014

RE: ADAMS, ET.AL V. LIVINGSTON, ET. AL.
CIVIL CAUSE NUMBER 6:13-CV-00712

DEAR CLERK;

PLEASE FIND THE ENCLOSED (1) ORIGINAL COPY OF PLAINTIFFS MOTION TO ADJOIN IN CONJUNCTION TO BE DUPLICATED AS NECESSARY AND FILED WITH THE PROPER COURT OF ASSIGNMENT

SINCERELY,
Charles C. Taylor Jr