

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 16, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

       No. 14-40579   Edna Webb, et al v. Brad Livingston, et al  
Cons w/ No. 14-40586   Gwen Togonidze, et al v. Brad Livingston  
And  w/ No. 14-40756   Ashley Adams, et al v. Brad Livingston,  
                     USDC No. 6:13-CV-711  
                     USDC No. 6:13-CV-712  
                     USDC No. 6:14-CV-93

The court has granted appellants' motion to consolidate cases 14-40579, 14-40586, and 14-40756. Case No. 14-40579 will be the lead case number for caption purposes.

The court has granted appellants an extension of time to and including September 25, 2014 for the consolidated due date for filing appellants' brief in these cases.

Please refer to the updated case caption attached for all future filings and correspondence in these cases.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                James deMontluzin, Deputy Clerk  
                                504-310-7679

Mr. Demetri Anastasiadis  
Mr. Allan Kennedy Cook  
Mr. Jeff S. Edwards  
Mr. Sean Patrick Flammer  
Mr. David Maland  
Mr. Brian Rolland McGiverin  
Mr. Scott Charles Medlock

Case No. 14-40579

EDNA WEBB, Individually and as heir at law; KEVIN WEBB, Individually and as the representative of the Estate of Robert Allen Webb; CASEY AKINS, Individually and as heir at law; ESTATE OF ROBERT ALLEN WEBB; CHRISTIAN CARSON,

                Plaintiffs - Appellees

v.

BRAD LIVINGSTON; WILLIAM STEPHENS; WARDEN RICK THALER,

                Defendants - Appellants

------------------------------------------------

    Consolidated with

    Case No. 14-40586

EDNA WEBB, Individually and as heir at law; KEVIN WEBB, Individually and as the representative of the Estate of Robert Allen Webb; CASEY AKINS, Individually and as heir at law; ESTATE OF ROBERT ALLEN WEBB; CHRISTIAN CARSON,

    Plaintiffs

v.

    BRAD LIVINGSTON; WILLIAM STEPHENS; WARDEN RICK THALER,
Defendants

----------------------------------------------------------------

GWEN TOGONIDZE, as Next Friend of J.T., a Minor; J. T., a Minor,

    Plaintiffs - Appellees

v.

BRAD LIVINGSTON; WILLIAM STEPHENS; WARDEN RICK THALER,

    Defendants - Appellants

................................................................

    Case No. 14-40756

ASHLEY ADAMS, Individually and as the representative of the Estate of Rodney Gerald Adams; WANDA ADAMS, Individually; MARY LOU JAMES, Individually; CARLETTE HUNTER JAMES, Individually and as the representative of the Estate of Kenneth Wayne James; KRYSTAL JAMES, Individually and as heir-in-law to the Estate of Kenneth Wayne James; KRISTY JAMES, Individually and as heir-in-law to the Estate of Kenneth Wayne James; KENDRICK JAMES, Individually and as heir-in-law to the Estate of Kenneth Wayne James; ARLETTE JAMES, Individually and as heir-in-law to the Estate of Kenneth Wayne James; JONATHAN JAMES, Individually and as heir-in-law to the Estate of Kenneth Wayne James; KENNETH EVANS, Individually and as heir-in-law to the Estate of Kenneth

Wayne James; CADE HUDSON, Individually and as the representative of the Estate of Douglas Hudson; ESTATE OF RODNEY GERALD ADAMS; ESTATE OF KENNETH WAYNE JAMES; ESTATE OF DOUGLAS HUDSON,

    Plaintiffs - Appellees

v.

RICK THALER; WILLIAM STEPHENS; BRAD LIVINGSTON, Individually and in his official capacity,

    Defendants - Appellants