UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, et al. | § | |
| PLAINTIFFS | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 4:14-CV-03326 |
| BRAD LIVINGSTON, et al. | § | |
| DEFENDANTS | § | |

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO COMPEL PHOTOGRAPHS DURING SITE INSPECTIONS**

On this date, the Court considered the Plaintiffs' Motion to Compel Photographs During Site Inspections. Having considered the motion, any and all reply briefing, all applicable law, all other applicable filings, the disposition of the case, any oral argument, any testimony given, and the interests of justice, the Court hereby **GRANTS** Plaintiffs' Motion.

During the inspections of the Gurney Unit, Garza West Unit, Michael Unit, Hodge Unit, Huntsville Unit, and Pack Unit Plaintiffs' counsel may photograph the inmate housing areas, the chow hall(s), each designated respite area (currently in existence and in 2011), the infirmary, the most direct route from the location where each decedent was found to an ambulance accessible exit, the most direct route from the location where each decedent was found to the infirmary, the pill window, the space where inmates are made to wait in front of the pill window, the searcher's desk, the commissary, the locations where outdoor temperatures were recorded in 2011 and 2012, any inmate housing areas that are air conditioned, and any locations Defendants contend one of Plaintiffs' decedents had access to during the week prior to each of decedent's death.

Plaintiff's counsel may also photograph the Beto Unit infirmary, the location where intake vans enter the facility and inmates are processed in at the Gurney Unit and Garza West Unit, and any transport vans used at the Gurney Unit to transport Mr. James or Mr. Hudson

before their deaths, or any exemplar van if the vans used to transport Mr. James or Mr. Hudson are no longer in existence.

Dated: August 17, 2016.

                                                              _____
                                                              Keith Ellison
                                                              United States District Judge