United States District Court
Southern District of Texas
**ENTERED**
January 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GWEN TOGONIDZE, as the next friend of J.T., a minor child and heir-at-law to the ESTATE OF ALEXANDER TOGONIDZE, <br><br>　　Plaintiff,<br><br>v.<br><br>BRAD LIVINGSTON, RICK THALER, WILLIAM STEPHENS, OWEN MURRAY, ROBERT EASON, and TODD FOXWORTH, in their individual capacities, the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and the UNIVERSITY OF TEXAS MEDICAL BRANCH<br><br>　　Defendants. | CIVIL ACTION NO. 4:14-cv-3324<br><br>consolidated with<br>*Webb v. Livingston*, 4:14-cv-3302<br>*Adams v. Livingston*, 4:14-cv-3326 |

## ORDER

Before this Court is the University of Texas Medical Branch's ("UTMB") motion to partially quash Plaintiff's Rule 30(b)(6) deposition. (Doc. No. 485.) As stated on the record, the motion is DENIED in part and GRANTED in part. Total deposition time shall be limited to eight hours if UTMB provides one deponent, and a total of ten hours if UTMB provides two deponents.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 24th day of January, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1