UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CADE HUDSON, individually and as Heir-at-Law, on behalf of all wrongful death beneficiaries, and on behalf of the Estate of DOUGLAS HUDSON, Plaintiff, § § § § § § § § § § § | CIVIL ACTION NO. 4:18-cv-976 |
| vs. | |
| BRAD LIVINGSTON, *et al.*, Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have entered a settlement in the above-styled and numbered cause. The settlement agreement resolves all claims and all parties in this suit. Defendants have fulfilled their obligations under the settlement. Accordingly, Plaintiff dismisses all claims and parties. All parties stipulate to dismissal. In accordance with the terms of the settlement, this dismissal is *with prejudice*.

**AGREED AS TO FORM AND SUBSTANCE:**

_____     3/18/19
Jeff Edwards                              Date
Attorney for Plaintiff

_____     10/12/18
Leah O'Leary                             Date
Attorney for TDCJ and TDCJ individuals

_____     10/12/2018
Heather Rhea                            Date
Attorney for UTMB and UTMB Individuals

1