United States District Court
Southern District of Texas
**ENTERED**
March 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CADE HUDSON, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-976 |
| § | |
| BRAD LIVINGSTON, *et al*, § § | |
| Defendants. § | |

## ORDER

Defendants have filed an Agreed Stipulation of Dismissal with Prejudice (Doc. No. 103). In accordance with that Stipulation and Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of March, 2019.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE